1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LUIS ANTHONY VASQUEZ-SANCHEZ

    IN THE UNITED STATES DISTRICT COURT

    FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) No. CR-S-08-295 LKK
                                 )
             Plaintiff,          )
                                 ) ORDER AFTER HEARING
     v.                          )
                                 )
LUIS ANTHONY VASQUEZ-SANCHEZ,    )
                                 )
             Defendant.          ) Judge: Hon. Lawrence K. Karlton
                                 )
_____)

   This matter came before the Court for Status Conference on August 12, 2008, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Senior Judge.  The government was represented by its counsel, Assistant United States Attorney Daniel McConkie.  Defendant Luis Anthony Vasquez-Sanchez was present in custody, represented by his counsel, Chief Assistant Federal Defender Linda C. Harter.

   Defense counsel requested that the matter be set for further status conference on September 9, 2008 at 9:30 a.m.

   The parties agreed on the need for additional time to allow time for defense preparation.

   IT IS HEREBY ORDERED that this matter be set for further Status

1  Conference on September 9, 2008 at 9:30 a.m..
2       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
3  (iv) [reasonable time to prepare] (Local Code T4), the period from
4  August 12, 2008 to and including September 9, 2008 is excluded from the
5  time computations required by the Speedy Trial Act due to ongoing
6  preparation of counsel.
7  DATED: August 15, 2008

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT