```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LUIS ANTHONY VASQUEZ-SANCHEZ
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. CR-S-08-295-LKK
                                 )
12                 Plaintiff,    )
                                 )  STIPULATION AND ORDER CONTINUING
13        v.                     )  STATUS CONFERENCE AND EXCLUDING
                                 )  TIME
14  LUIS ANTHONY VASQUEZ-SANCHEZ,)
                                 )
15                 Defendant.    )  Date:  September 9, 2008
                                 )  Time:  9:15 a.m.
16  _____ )  Judge: Hon. Lawrence K. Karlton
17
```

18    IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, DANIEL MCCONKIE, Assistant United States
20 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant
21 Federal Defender, attorney for LUIS ANTHONY VASQUEZ-SANCHEZ, that the
22 status conference hearing date of September 9, 2008 be vacated, and the
23 matter be set for status conference on September 30, 2008 at 9:15 a.m.
24    Defense counsel is presently awaiting a plea offer from counsel
25 for the government, and time will be needed to review that offer with
26 Mr. Vasquez-Sanchez once it has been received.
27    Based upon the foregoing, the parties agree that the time under
28 the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including September 30, 2008 pursuant to
2  18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code
3  T4 based upon continuity of counsel and defense preparation.
4  Dated:  September 8, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
LUIS ANTHONY VASQUEZ-SANCHEZ

Dated:  September 8, 2008

MCGREGOR W. SCOTT
United States Attorney


/s/ Linda C. Harter for
DANIEL MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including September 30, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 8, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT