DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS ANTHONY VASQUEZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-295-LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE AND EXCLUDING |
| | ) TIME |
| LUIS ANTHONY VASQUEZ-SANCHEZ, | ) |
| Defendant. | ) Date: September 30, 2008 |
| | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for LUIS ANTHONY VASQUEZ-SANCHEZ, that the status conference hearing date of September 30, 2008 be vacated, and the matter be set for status conference on October 7, 2008 at 9:15 a.m.

   A proposed plea agreement has been provided to defense counsel, and additional time is needed for defense preparation and to continue discussions with counsel for the government.

   Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including October 7, 2008 pursuant to 18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   September 25, 2008

                                                  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Linda C. Harter*
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
LUIS ANTHONY VASQUEZ-SANCHEZ

Dated:   September 25, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ *Linda C. Harter for*
DANIEL MCCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**   Time is excluded from today's date through and including October 7, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 26, 2008

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT