McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-08-0295 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| LUIS ANTHONY VASQUEZ-SANCHEZ, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, October 7, 2008, in case number S-08-0295 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for October 7, 2008, at 9:15 a.m., be continued to October 15, 2008, at 9:15 a.m., and that the time beginning October 7, 2008, and extending through October 15, 2008, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to defense counsel's need to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local

1

Codes T4.  An offer to plead has been provided by the government to defense counsel.  Defense counsel requires additional time to review the evidence in this case in light of the offer so that she may effectively advise her client.  The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  <u>Id.</u>

ACCORDINGLY, it is hereby ordered that the status conference set for October 7, 2008, at 9:15 a.m., be continued to October 15, 2008, at 9:15 a.m., and that the time beginning October 6, 2008, and extending through October 15, 2008, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.


Dated: October 8, 2008

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT